UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 16-1523, Gray, et al v. Kern, et al |
| **Originating No. & Caption** | 1:13-cv-02270-WMN, Gray, et al v. Kern, et al |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S. Code, Section 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | April 26, 2016 |
| Date notice of appeal or petition for review filed | May 4, 2016 |
| If cross appeal, date first appeal filed | not applicable |
| Date of filing any post-judgment motion | not applicable |
| Date order entered disposing of any post-judgment motion | not applicable |
| Date of filing any motion to extend appeal period | not applicable |
| Time for filing appeal extended to | not applicable |
| Is appeal from final judgment or order? | ◉ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.)

| Is settlement being discussed? | ○ Yes | ◉ No |
|---|---|---|

01/27/2015
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | not applicable | |
| Case number of any pending appeal in same case | not applicable | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | not applicable | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ● Yes | ○ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff, Raymond Gray, was shot in the head during a police training course when the instructor mistakenly fired a live weapon instead of his training weapon (non-lethal). Firing even a non-lethal weapon under the circumstances constituted gross negligence.<br>Suit was instituted pursuant to the Local Government Tort Claims Act, Md. Code, Cts. & Jud. Proc., Section 5-301, et seq., USC 42, Section 1983, in the State Court and was subsequently removed by Defendants to the U.S. District Court for the District of Maryland.<br>The U.S. District Court dismissed all Defendants and claims with the exception of the State claims against Defendant Kern. The Court held that the $200,000 cap under the Local Government Tort Claims Act was the limit of recovery permitted and allowed the defendant to deposit $200,000 with the Clerk of the Court in full satisfaction of what the Court ruled was the maximum recovery.<br>The plaintiff refused the $200,000 as the lien of the workers' compensation insurer was in excess of $1,000,000 and future projected medicals were approximately $7,000,000. In effect, the $200,000 would leave the plaintiff without a remedy for his injury in violation of the Maryland Declaration of Rights, Article 19 which provides:<br>(See attached) |

"That every man, for any injury done to him in his person or property, ought to have remedy by the course of the Law of the Land, and ought to have justice and right, freely without sale, fully without any denial, and speedily without delay, according to the Law of the Land."

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

See attached

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Officer William Scott Kern | Adverse Party: Officer William Scott Kern |
| Attorney: Michael Marshall<br>Address: Schlachman, Belsky & Weiner, P.A.<br>300 E. Lombard St., Suite 1100<br>Baltimore, MD 21202 | Attorney: Chaz R. Ball<br>Address: Schlachman, Belsky & Weiner, P.A.<br>300 E. Lombard St., Suite 1100<br>Baltimore, MD 21202 |
| E-mail: mmarshall@sbwlaw.com | E-mail: cball@sbwlaw.com |
| Phone: 410-685-2022 | Phone: 410-685-2022 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: Officer Efren Edwards and Major Eric Russell | Adverse Party: Baltimore County Police Dept. and Baltimore County |
| Attorney: Patrick D. McKevitt<br>Address: Whiteford, Taylor & Preston, L.L.P.<br>Seven St. Paul Street<br>Baltimore, MD 21202 | Attorney: Paul M. Mayhew<br>Address: Baltimore County Law Department<br>Old Courthouse<br>400 Washington Ave., Second Floor<br>Towson, MD 21204 |
| E-mail: pmckevitt@wtplaw.com | E-mail: pmayhew@baltimorecountymd.gov |
| Phone: 410-347-9447 | Phone: 410-887-4420 |

Issues:

1. Is the Local Government Tort Claims Act cap (Md. Code, Cts. & Jud. Proc., §5-301 *et. seq.*) constitutional?

2. Did the District Court err in granting the Motion to Dismiss Defendants, Efren Edwards and Major Eric Russell?

3. Did the District Court err in finding as a fact that the shooting was an accident, thus usurping the function of the trier of fact.

4. Did the District Court err in dismissing the action upon the deposit of $200,000 by Defendant Kern with the Clerk of the Court.

5. Did the District Court err in granting on August 21, 2015 Defendant Kern's Motion for Summary Judgment as to Plaintiffs' claims of false imprisonment, violations of Articles 19, 24 and 26 of the Maryland Declaration of Rights, §1983 claims for excessive force and deprivation of federal rights?

6. Did the District Court err in concluding in the above August 21, 2015 ruling that:

    (a) "there is insufficient evidence from which a jury could conclude that Officer Kern acted with malice to defeat his public official immunity"

    (b) the doctrine of "special relationship" did not apply to the facts of this case

    (c) Defendant Kern's actions lacked the intent to restrict Mr. Gray's movements necessary for a seizure under the Fourth Amendment?

Additional Adverse Parties:

Adverse Party:  Commissioner Anthony Batts

| | |
|---|---|
| Attorney: | Glenn T. Marrow, Esq. |
| | Chief Solicitor |
| Address: | Baltimore City Law Department |
| | 100 North Holliday Street, Room 101 |
| | Baltimore, MD  21202 |
| Email: | glenn.marrow@baltimorepolice.org |
| Phone: | 410-396-2496 |

Adverse Party:  Baltimore Police Department

| | |
|---|---|
| Attorney: | Kristin E. Blumer, Esq. |
| | Asst. Solicitor |
| Address: | Baltimore City Law Department |
| | 100 North Holliday Street, Room 101 |
| | Baltimore, MD  21202 |
| Email: | kristin.blumer@baltimorepolice.org |
| Phone: | 410-396-2496 |

Adverse Party:  Mayor & City Council of Baltimore

| | |
|---|---|
| Attorney: | Michael P. Redmond |
| | Baltimore City Law Department |
| | City Hall |
| | 100 Holliday Street |
| | Baltimore, MD  21202 |
| Email: | michael.redmond@baltimorecity.gov |
| Phone: | 410-396-7536 |

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: Raymond Gray, by Carolyn Gray, Guardian of the Person and Property of Raymond Gray<br>Attorney: Allan B. Rabineau<br>Address: 401 East Pratt Street, Suite 2252<br>Baltimore, MD 21202<br><br>E-mail: allanbra@verizon.net<br>Phone: 410-837-9150 | Name: Raymond Gray, by Carolyn Gray, Guardian of the Person and Property of Raymond Gray<br>Attorney: A. Dwight Pettit<br>Address: 3606 Liberty Heights Avenue<br>Baltimore, MD 21215<br><br>E-mail: adpettit@adwightpettit.com<br>Phone: 410-542-5400 |

**Appellant (continued)**

| | |
|---|---|
| Name: Raymond Gray and Sheri Gray, Jointly as Husband and Wife<br>Attorney: Allan B. Rabineau<br>Address: 401 East Pratt Street, Suite 2252<br>Baltimore, MD 21202<br><br>E-mail: allanbra@verizon.net<br>Phone: 410-837-9150 | Name: Raymond Gray and Sheri Gray, Jointly as Husband and Wife<br>Attorney: A. Dwight Pettit<br>Address: 3606 Liberty Heights Avenue<br>Baltimore, MD 21215<br><br>E-mail: adpettit@adwightpettit.com<br>Phone: 410-542-5400 |

Signature: /s/ Allan B Rabineau        Date: 05/18/2016

Counsel for: Appellants

**Certificate of Service**: I certify that on 05/18/2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Michael Marshall, Esq.<br>Chaz R. Ball, Esq.<br>Schlachman, Belsky & Weiner, P.A.<br>300 East Lombard Street, Suite 1100<br>Baltimore, MD 21202 | Patrick D. McKevitt, Esq.<br>Whiteford, Taylor & Preston, L.L.P.<br>Seven St. Paul Street, Suite 1300<br>Baltimore, MD 21202-1636<br><br>(see attached for additional names) |

Signature: /s/ Allan B Rabineau        Date: 05/18/2016

Continuation (Certificate of Service)

Glenn T. Marrow, Esq.
Chief Solicitor
Baltimore City Law Department
100 North Holliday Street, Room 101
Baltimore, MD 21202

Kristin E. Blumer, Esq.
Asst. Solicitor
Baltimore City Law Department
100 North Holliday Street, Room 101
Baltimore, MD 21202

Paul M. Mayhew, Esq.
Asst. County Attorney
400 Washington Avenue
Towson, MD 21204

Michael P. Redmond, Esq.
Baltimore City Law Department
City Hall
100 Holliday Street
Baltimore, MD 21202