# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1523 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** Raymond Gray, by Carolyn Gray, Guardian of the Person and Property of Raymond Gray, and Raymond Gray and Sheri Gray, Jointly as Husband and Wife as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_/s/ Allan B. Rabineau_
(signature)

Allan B. Rabineau
Name (printed or typed)

410-837-9150
Voice Phone

_____
Firm Name (if applicable)

410-837-9152
Fax Number

401 East Pratt Street, Suite 2252
Baltimore, MD 21202
Address

allanbra@verizon.net
E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on 05/18/2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Michael Marshall, Esq.
Chaz R. Ball, Esq.
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard Street, Suite 1100
Baltimore, MD 21202

Patrick D. McKevitt, Esq.
Whiteford, Taylor & Preston, L.L.P.
Seven St. Paul Street, Suite 1300
Baltimore, MD 21202-1636

(see attached for additional names)

_/s/ Allan B. Rabineau_
Signature

05/18/2016
Date

01/19/2016 SCC

Continuation (Certificate of Service)

Glenn T. Marrow, Esq.
Chief Solicitor
Baltimore City Law Department
100 North Holliday Street, Room 101
Baltimore, MD 21202

Kristin E. Blumer, Esq.
Asst. Solicitor
Baltimore City Law Department
100 North Holliday Street, Room 101
Baltimore, MD 21202

Paul M. Mayhew, Esq.
Asst. County Attorney
400 Washington Avenue
Towson, MD 21204

Michael P. Redmond, Esq.
Baltimore City Law Department
City Hall
100 Holliday Street
Baltimore, MD 21202