# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 10, 2016

Kristen Elissa Hitchner
BALTIMORE CITY LAW DEPARTMENT
100 North Holliday Street
Suite 101
Baltimore, MD 21202

Ashley Elaina McFarland
BALTIMORE CITY LAW DEPARTMENT
100 North Holliday Street
Suite 101
Baltimore, MD 21202

Mr. Alvin Dwight Pettit
A. DWIGHT PETTIT, PA
3606 Liberty Heights Avenue
Baltimore, MD 21215

Mr. William Rowe Phelan Jr.
BALTIMORE CITY LAW DEPARTMENT
100 North Holliday Street
Suite 101
Baltimore, MD 21202

Mr. Allan B. Rabineau
LAW OFFICES OF ALLAN B. RABINEAU
401 East Pratt Street
Suite 2252
Baltimore, MD 21202

Mr. Michael Patrick Redmond
BALTIMORE CITY LAW DEPARTMENT
100 North Holliday Street
Suite 169
Baltimore, MD 21202

No. 16-1523,   <u>Raymond Gray v. William Kern</u>
             1:13-cv-02270-WMN

Dear Involved Attorneys:

     On May 18, 2016, counsel for appellants filed a docketing statement (docket entry #5) in which Officer Efren Edwards and Major Eric Russell were listed as adverse parties.  Inasmuch as these parties were terminated as defendants in the district court, Officer Edwards and Major Russell were not listed as appellees in this matter.  Further, the notice of appeal makes reference only to the order entered April 26, 2016.

     In an effort to clarify your position, please file with this court, your position regarding whether or not Officer Efren Edwards and Major Eric Russell should proceed herein as appellees.  **Your position is due June 15, 2016.**

                                         Sincerely,

                                         /s/ Anisha Walker
                                       Deputy Clerk